No. 14,348.

STATE OF LOUISIANA VS. JOE IKENOR.

SYLLABUS.

Prior to sentencing a defendant in a capital case, he should be asked by the court whether he had anything to say why the sentence of the court should not be pronounced against him.

A PPEAL from the Second Judicial District, Parish of Bossier—*Watkins, J.*

*Walter Guion,* Attorney General, *T. T. Land,* District Attorney (*Lewis Guion,* of Counsel), for Plaintiff, Appellee.

*Joannes Smith,* for Defendant, Appellant.

STATEMENT OF THE CASE.

The opinion of the court was delivered by

NICHOLLS, C. J. The defendant, sentenced to be hanged under the verdict of a jury convicting him of murder, has appealed.

The case was submitted to us on the face of the record. Our examination disclosed no error other than that no mention was therein made of the fact that, prior to sentencing the defendant, the court had asked him "whether he had anything to say why the sentence of the law should not be pronounced against him?"

The Attorney General was thereupon directed to ascertain whether that formality had been omitted as a matter of fact or whether the minutes were incomplete. Through due proceedings we have been informed that the question was, in point of fact, propounded to the defendant before sentence. Defendant and his counsel admitted this fact on being ruled into court to show cause why the minutes should not be corrected, and consented to the correction of the minutes. Finding now no reasons for setting aside the verdict or reversing the judgment, the judgment appealed from is hereby affirmed.